[No. 8908–4–II.   Division Two.   March 31, 1987.]

VINCENT G. LACKEY, ET AL, *Appellants,* v. CROWN ZELLERBACH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 27472, Gary W. Velie, J., entered June 7, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Howard and Steiner, JJ. Pro Tem.

[No. 8083–4–II.   Division Two.   March 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBBIE L. FOSTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 122422R10, J. Kelley Arnold, J., entered July 24, 1984. *Affirmed* by unpublished opinion per Hallowell, J. Pro Tem., concurred in by Harris and Pearson, JJ. Pro Tem.

[Nos. 7752–3–II; 8567–4–II.   Division Two.   March 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT JAMES MUNCH, *Appellant.*

*In the Matter of the Personal Restraint of* SCOTT JAMES MUNCH, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–01362–5, Thomas R. Sauriol, J., entered March 23, 1984, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Kirkwood and Skimas, JJ. Pro Tem.